UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUSTY BRITO,
Plaintiff,

-v-

UNIVERSAL MUSIC GORUP, et al.,

Defendants.

26-cv-4750 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

Plaintiff Rusty Brito's counsel moved to withdraw due to irreconcilable conflicts. See ECF No. 41. The Court held a hearing under seal with plaintiff and plaintiff's counsel on October 7, 2026.

IT IS HEREBY ORDERED that the motion to withdraw is granted and that this case is dismissed with prejudice with the right of plaintiff to move to reopen the case within sixty (60) days from today in the event he obtains new counsel.

The Clerk of Court is respectfully directed to close the motions at ECF Nos. 36 and 41 and terminate plaintiff's counsel of record.

New York, NY
10/7/, 2026

JED S. RAKOFF, U.S.D.J.